UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| FEATHERS CHICKEN FARMS, LLC, | *Electronically Filed* |
| PLAINTIFF | Case Number: 4:24-CV-54-BJB |
| VS. | |
| WESTFIELD INSURANCE COMPANY, | |
| DEFENDANT | |

**NOTICE OF REMOVAL**

Comes the Defendant, Westfield Insurance Company, by counsel, by counsel, for its Notice of Removal from the Hopkins Circuit Court to this Court pursuant to 28 U.S.C. § 1332, 1441, and 1446, hereby files this Notice of Removal. As grounds for removal of this action, the Defendant states as follows:

1. On May 2, 2024, the Plaintiff, Feathers Chicken Farms, LLC ("Plaintiff"), commenced this civil action against the Defendant in the Hopkins Circuit Court, designated therein as Civil Action No. 24-CI-00337. True and complete copies of the process, pleadings, and orders served upon and filed by all parties in this action are attached as Exhibit 1.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is diversity of citizenship between the parties and the total amount claimed by Plaintiff exceeds the jurisdictional minimum of $75,000, though the Defendant denies liability to Plaintiff's claims for damages.

3. Upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest in costs.

4. The Plaintiff is a citizen of Kentucky.

5. Pursuant to 28 U.S.C. § 1332 (c)(1), a corporation shall be deemed a citizen of its state of incorporation and the state where it has its principal place of business. The Defendant is a citizen of Ohio, its state of incorporation, and the location of its principal place of business.

6. This action arises from Plaintiff's allegations of breach of contract and violation of KRS 304.12-230 and KRS 304.12-235. Plaintiff's Complaint alleges that a hailstorm struck its property, causing damage. Plaintiff claims the hail damage constitutes a covered loss under a policy of insurance issued by Westfield.

7. This action is removable to this District Court pursuant to 28 U.S.C. § 1441(a). This District and Division constitute the appropriate forum to which this action should be removed. The Hopkins Circuit Court is within the Owensboro Division.

8. Venue is vested in this Court pursuant to 28 U.S.C. § 1391 since this is a civil action where jurisdiction is founded on diversity of citizenship and a substantial part of the events giving rise to the claim occurred in the Western District of Kentucky.

9. Pursuant to 28 U.S.C. § 1446(b), removal must be filed within 30 days after receipt of the initial pleading setting forth the claim for relief.

10. The Notice tendered herewith is being filed on May 29, 2024, within 30 days of the receipt of Plaintiff's Complaint, which, according to the electronic filing system for the Hopkins Circuit Court, was served on the Defendant on May 7, 2024, thus making removal timely.

11. The Defendant does not waive any jurisdictional objections or affirmative defenses in the filing of this Notice of Removal.

12. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel as of the date of this filing.

13. True and correct copies of the pleadings enumerated were filed with the Clerk of the Hopkins Circuit Court as of the date of this filing.

WHEREFORE, Defendant, requests the removal of this action from the Hopkins Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC

*/s/Haley K. Dwyer*

Melissa Thompson Richardson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone:    (859) 219-9090
Facsimile:    (859) 219-9292
Email:        Melissa@RichardsonLawGrp.com

AND

Haley K. Dwyer
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:    (502) 785-9090
Facsimile:    (502) 742-0326
Email:        HDwyer@RichardsonLawGrp.com
COUNSEL FOR DEFENDANT,
WESTFIELD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

On May 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Haley K. Dwyer*

COUNSEL FOR DEFENDANT,
WESTFIELD INSURANCE COMPANY

7202.008369C:\NRPortbl\Golden_and_Walters\RSELBY\2469613_1.docx